# Exhibit A

*Copyright Registration*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-802-984**

**Effective date of registration:**

September 26, 2011

---

## Title
- **Title of Work:** Episode 50

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** March 1, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Lunatics, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Lunatics, LLC
  165 East Broadway, Unit 1B, Long Beach, NY, 11561, United States

## Rights and Permissions
- **Organization Name:** Lunatics, LLC
- **Name:** Ian Holt
- **Email:** dragonprnz@aol.com
- **Telephone:** 516-713-8534
- **Address:** 165 East Broadway, Unit 1B
  Long Beach, NY 11561 United States

## Certification
- **Name:** Ian Holt
- **Date:** September 19, 2011

---

**Correspondence:** Yes

**Registration #:** PA0001802984
**Service Request #:** 1-662689028



Harness, Dickey & Pierce
Joel Samuels
7700 Bonhomme, Suite 400
St. Louis, MO 63105  United States