# Exhibit A-1

*Copyright Registration
Assignment Recordation Documentation*

## Bass, Leon D.

| | |
|---|---|
| **From:** | ILS System <voyager@sun21.loc.gov> |
| **Sent:** | Tuesday, November 13, 2012 12:32 AM |
| **To:** | Bass, Leon D. |
| **Subject:** | Copyright catalog Left Anchored Title Search for episode 50 |

Type of Work:	Recorded Document

Document Number:	V3606D275

Date of Recordation:
	2011-07-26

Entire Copyright Document:
	V3606 D275 P1-4

Date of Execution: effective as of 20Jul11

Title:	Adam resurrected & 12 other titles.

Notes:	Supplement No. 2 to copyright mortgage and assignment.
	Doc. refers to V3583 D145, recorded 22Sep09.

Party 1:	Bleiberg Entertainment, LLC.

Links:	List of Titles /cgi-bin/doctitles.cgi?V3606D275

Links:	List of Titles
	/cgi-bin/doctitles.cgi?V3606D275

Names:	Bleiberg Entertainment, LLC.

================================================================================


+++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

# Bass, Leon D.

| | |
|---|---|
| **From:** | ILS System <voyager@sun21.loc.gov> |
| **Sent:** | Tuesday, November 13, 2012 1:00 AM |
| **To:** | Bass, Leon D. |
| **Subject:** | Copyright catalog Left Anchored Title Search for episode 50 |

Type of Work:   Recorded Document

Document Number:   V3606D275

Date of Recordation:
        2011-07-26

Entire Copyright Document:
        V3606 D275 P1-4

Title:        Episode 50.

===============================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

1