# Exhibit A-2

*Assignment of Copyright*

## ASSIGNMENT OF RIGHTS

For good and valuable consideration, receipt of which is hereby acknowledged, Lunatics, LLC ("Assignor") hereby grants and irrevocably assigns, grants and transfers to Bleiberg Entertainment, LLC ("Assignee"), its successors and assignees, the following rights in and to the motion picture presently entitled "Episode 50" (the "Picture") throughout the universe (the "Territory") in perpetuity (the "Term"):

Assignor hereby grants to Assignee all rights in and to the Picture, including the Screenplay there of, under copyright (including, without limitation, all copyright renewals and extensions thereof and the right to enforce and defend the copyright in and to the Picture and to recover damages on account of infringement thereof) and otherwise, and the underlying materials with respect thereto, in all languages, in all media, whether now known or hereafter devised, including, but not limited to, and without limitation, all forms of Theatrical, Home Video, Television, ancillary and Non-Theatrical rights, by any and all methods of delivery, whether now known or hereafter devised, including, without limitation, Internet Delivery Mechanisms. Without limiting the generality of the foregoing, Assignee is hereby granted the sole and exclusive right to produce, distribute, and license the Picture in all languages, all media, whether now known or hereafter devised. Without limiting the foregoing, Assignee is hereby granted the exclusive right to exploit the Picture in all manner and style including, without limitation, the right to sell, rent, give-away, exhibit, advertise and promote the Picture in all media, whether now known or hereafter devised. Without limiting the foregoing, Assignee is hereby granted the exclusive rights to the Picture: all music publishing rights, Electronic Publishing Rights, soundtrack rights, merchandising, and any and all underlying rights in and to the Picture. Without limiting the foregoing, Assignee is hereby granted all elements with respect to the Picture, including the title and characters, and including the exclusive right to edit, delete, modify, disguise, create, develop, adapt, produce, distribute, exhibit, broadcast and exploit the Picture. Without limiting the foregoing, Assignee is hereby granted the right to exploit and/or license, in any and all media, clips of the Picture for the purposes of promoting the Picture. Without limiting the foregoing, Assignee is hereby granted shall be entitled to exploit all footage, trims and outtakes of and from the Picture in any form of media, whether now known or hereafter devised in connection with the marketing, advertising and promotion thereof.

Assignor hereby warrants and represents that the Assignor possesses full right and authority to enter into this Agreement and to transfer the aforementioned rights, title, interest and obligation. Assignor further warrants and represents that the aforementioned rights, title, interest and benefits are free from all liens, encumbrances, or adverse claims.

The assignment shall be binding upon and inure to the benefit Assignor and Assignee, and to their successors, assignees and personal representatives.

Signed this 15th day of February 2012.

_____
Ian Zisholtz aka Ian Holt
Lunatics, LLC ("Assignor")


_____
Melanie Kollar
Bleiberg Entertainment, LLC ("Assignee")

2