# Exhibit B

*Infringement Data*

*Exhibit B – Infringement Data*

| Doe No | IP Addresss | GUID | P2P Client | Hit Date and Time (in UTC Time) | Dossier Number | Tile of Work | Owner of Rights in Work | File Name | File Hash | ISP | Region | City | County |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 206.51.138.188 | 2D415A3437323 02D354533566 B6C425A4D314331 | Vuze 4.7.2.0 | 10/20/08 07:19:05 AM | S0054-0000001484 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | New Knoxville Telephone Company | Ohio | Botkins | Shelby |
| 2 | 173.89.242.67 | 2D415A3437323 02D686171594 952384355684B30 | Vuze 4.7.2.0 | 10/26/08 12:39:46 AM | S0054-0000002700 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Road Runner | Ohio | Columbus | Franklin |
| 3 | 98.28.253.114 | 2D7142333036 302D507A75474 E505831714E3733 | qBittorrent 3.0.6 | 10/27/08 07:11:51 PM | S0054-0000002708 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Road Runner | Ohio | Dayton | Greene |
| 4 | 108.66.177.216 | 2D415A3437303 222D627254504 86E484138787772 | Vuze 4.7.0.2 | 11/5/08 06:36:33 PM | S0054-0000002730 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | AT&T U-verse | Ohio | Columbus | Franklin |
| 5 | 75.23.194.116 | 4D372D372D30 2D2D536D2960 B3D44EB225D801C6 | BitTorrent 7.7.0 | 11/12/08 02:00:29 AM | S0054-0000002748 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | AT&T U-verse | Ohio | Canal Winchester | Fairfield |
| 6 | 74.83.234.151 | 2D5554333133 302D546A6737 313132B92EE3644A | µTorrent 3.1.3 | 11/19/08 01:40:04 AM | S0054-0000002898 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Fuse Internet Access | Ohio | Cincinnati | Brown |

*Exhibit B – Infringement Data*

| # | IP | Hash | Client | Date/Time | Trans ID | Title | Rights Holder | Filename | SHA1 | ISP | State | City | County |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 208.102.28.232 | 2D5554333133302D546A6102B9AB3714E6BE79F2 | µTorrent 3.1.3 | 11/21/08 03:21:21 AM | S0054-0000005482 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Fuse Internet Access | Ohio | West Chester | Butler |
| 8 | 50.41.79.133 | 2D4C543047303 02D635642635547346E6C44436A | libtorrent (Rasterbar) 0.16.0 | 11/23/08 06:38:37 AM | S0054-0000005494 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Frontier Communications | Ohio | Lynchburg | Highland |
| 9 | 75.187.54.108 | 2D415A3438 30302D4C6F7648646D323667773050 | Vuze 4.8.0.0 | 11/24/08 10:42:24 AM | S0054-0000005508 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Road Runner | Ohio | Columbus | Franklin |
| 10 | 108.94.156.117 | 4D372D362D312D2D896B8D2B530CE6C87421D307 | BitTorrent 7.6.1 | 11/24/08 02:47:35 AM | S0054-0000005502 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | AT&T U-verse | Ohio | Piqua | Miami |
| 11 | 50.41.5.169 | 2D5554333231302DB66DB39F8B73F2DDAE34D50C | µTorrent 3.2.1 | 11/25/08 02:23:23 AM | S0054-0000005514 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Frontier Communications | Ohio | Sardinia | Brown |
| 12 | 76.177.170.21 | 2D5554333232302DB36F11F9DC4E4F606E3CE098 | µTorrent 3.2.2 | 12/4/08 12:46:50 AM | S0054-0000005580 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Road Runner | Ohio | Ironton | Lawrence |
| 13 | 74.215.82.175 | 2D5554333233302D217021B5273905F83E154F37 | µTorrent 3.2.3 | 12/23/08 04:29:21 AM | S0054-0000006848 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Fuse Internet Access | Ohio | Cincinnati | Brown |
| 14 | 74.215.99.254 | 4D372D372D302D2D536D455C6C7944FB7C190D9C | BitTorrent 7.7.0 | 12/26/08 03:09:59 AM | S0054-0000007022 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Fuse Internet Access | Ohio | Fairfield | Butler |

*Exhibit B – Infringement Data*

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 75.187.54.108 | 2D415A3438313 22D507263654A5 0754239345331 | Vuze 4.8.1.2 | 12/31/08 06:32:00 PM | S0054-0000007476 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Road Runner | Ohio | Columbus | Franklin |
| 16 | 69.133.123.109 | 2D5554333233 302D21708E1CB2FEC238476170EF | µTorrent 3.2.3 | 1/2/09 07:12:14 AM | S0054-0000007524 | Episode 50 | Bleiberg Entertainment | Episode.50.2011.DvDRiP.XviD-ViSUALiSE.(UsaBit.com).avi | SHA1: AC2BC8D4A0BE2348830E2EDBFF2FAEA79AD58F93 | Road Runner | Ohio | Dayton | Greene |