IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Bleiberg Entertainment, LLC, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00040 |
| v. | : | Judge Sargus |
| John Does 1-16, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

This matter is before the Court on Plaintiff's January 15, 2013 *Ex Parte* Motion for Leave to Take Discovery Prior to Rule 26(f) Conference to take limited, immediate discovery, which was supported by the Declaration of Darren M. Griffin (doc. 3). For good cause shown, Plaintiff's motion is GRANTED.

It is ORDERED that Plaintiff Bleiberg Entertainment, LLC may serve limited, immediate discovery on the internet service providers ("ISPs") identified in Exhibit 1 to the Declaration of Darren M. Griffin and on any later-discovered unknown or intermediary ISPs to obtain the identity of each Doe Defendant or other identified alleged infringers by serving a Rule 45 subpoena that seeks documents that identify each Doe defendant, including the name, addresses, telephone numbers, email addresses, and Media Access Control addresses for each alleged infringer. The

disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B) where applicable to educational institutions.

IT IS FURTHER ORDERED THAT any information that is disclosed to Plaintiff in response to the Rule 45 subpoenas may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act.

s/Mark R. Abel
United States Magistrate Judge